IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR -7 P 4:27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:06cr76-VPM

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. _____ |
| | ) (18 U.S.C. 641) |
| CASTIN J HEINS | ) |
| | ) INFORMATION |

The United States Attorney charges:

### COUNT

On or about the 22nd day of January 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **CASTIN J HEINS** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*NBF*
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| STATE OF AMERICA | ) | |
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 22 January 2006, via closed circuit video monitors, I observed CASTIN J HEINS pick up one tester bottle of Clinique Self Tanning Lotion and place it in a striped purse. HEINS paid for the purse. HEINS then left the store. I detained her in the lobby and escorted her to the manager's office. Security forces responded. The price of the tester bottle was $14.25.

*Robert I. Smith*
ROBERT SMITH

Subscribed and sworn to before me this __8__ day of __February__, 2006.

*Anna M Hamblin*
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 20, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS