| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 5/16/06 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:34 - 10:39 |
| | COURT REPORTER: |

√ ARRAIGNMENT  ❏ CHANGE OF PLEA  ❏ CONSENT PLEA
❏ RULE 44(c) HEARING  ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:06cr76-VPM   **DEFENDANT NAME:** Castin J. Heins
**AUSA:** Capt. Neal B. Frazier   **DEFENDANT ATTORNEY:** Patricia Kemp
Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (√)NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ **FINACIAL AFFIDAVIT EXECUTED.**   √ <u>*ORAL MOTION FOR APPT OF COUNSEL*</u>
√ <u>*ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*</u>
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   √ Not Guilty        ❏ Nol Contendere
  ❏ Not Guilty by reason of insanity
  ❏ Guilty as to:
    ❏ Count(s):
    ❏ Count(s):     ❏ dismissed on oral motion of USA
            ❏ to be dismissed at sentencing

❏ Written plea agreement filed   ❏ **ORDERED SEALED**
❏ **ORAL ORDER Accepting Guilty Plea and Adjudicationg Defendant Guilty as to Count**
√ **MISDEMEANOR CRIMINAL TRIAL TERM:** 7/17/06 @ 10:00 a.m.
√ **DISCOVERY DISCLOSURE DATE:** 5/16/06
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
    ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ❏ Posting a $_____ bond;
    ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
        ❏ Defendant requests time to secure new counsel
√❏ WAIVER of Speedy Trial.        CONSENT DATE: 7/10/06